# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

**RONALD P. LANE,**                       **JUDGMENT IN A CIVIL CASE**

        **Petitioner,**                      **3:07-cv-679-bbc**

    **v.**

**MICHAEL THURMER,**

        **Respondent.**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

the motion of petitioner Ronald Lane for voluntary dismissal of his petition is GRANTED.  The entire petition is DISMISSED WITHOUT PREJUDICE.

THERESA M. OWENS

_____
Theresa M. Owens, Clerk

Connie A. Korth

_____      _____2/08/08___
by Deputy Clerk                                                      Date